AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jonathan Sapan

*Plaintiff*

v.

Prospect Financial Group, Inc., a California Corporation; Pintar Investment Company, LLC, a California Limited Liability Corporation

*Defendant*

Civil Action No. 17cv0689-WQH-JMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Prospect Financial Group, Inc., a California corporation
948 Garnet Ave.
San Diego, CA 92109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Reichman
8555 Aero Drive, Suite 303
San Diego, CA 92123
(619) 683-7971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/5/17



John Morrill
CLERK OF COURT

S/  L. Fincher
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17CV0689-WQH-JMA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PROSPECT FINANCIAL GROUP, INC., a California corporation
was received by me on *(date)* 04/21/2017.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* LAURA BROMHEAD, MARKETING ASSISTANT/PERSON IN CHARGE , who is
designated by law to accept service of process on behalf of *(name of organization)* PROSPECT FINANCIAL GROUP, INC.
948 GARNET AVE., SAN DIEGO, CA 92109    at 11:40AM    on *(date)* 04/26/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 5/1/2017

*Server's signature*

R.T. HANSELL   SAN DIEGO  RPS #1422
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92101
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: Complaint; Civil Cover Sheet; Civil Pretrial & Trial Procedures