Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email:  chrisr@prato-reichman.com

Attorney for Plaintiff JONATHAN SAPAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>              Plaintiff,<br><br>       vs.<br><br>PROSPECT FINANCIAL GROUP, INC., a California Corporation, PINTAR INVESTMENT COMPANY, LLC, a California Limited Liability Corporation,<br><br>              Defendants. | Case No.: 17-cv-0689-WQH-JMA<br><br>**MOTION FOR DEFAULT JUDGMENT BY COURT**<br><br>Hon. William Q Hayes<br>Hearing Date: October 30, 2017<br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

**TO: TO DEFENDANT AND (HIS/HER) ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT on October 30, 2017 or as soon thereafter as this matter may be heard by the above-entitled Court, located at Courtroom 14B Suite 1480, 333 West Broadway, San Diego, CA 92101, plaintiff will present his application for a default judgment against all defendants.  The clerk previously entered the default of both defendants on June 16, 2017.  At the time and place of hearing, plaintiff will present proof of the following matters:

- 1 -

1. Neither Defendant is a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendants have not appeared in this action;

3. Notice of this application for default judgment by court was served on said defendants on September 25, 2017, by mailing it to their last known address, as required by Local Rule 55-2 (*See*, *also*, F.R.C.P. 5(b)(2)(C));

4. Plaintiff is entitled to judgment against said defendants on account of the claims pleaded in the complaint, to wit: $12,550.00;

5. The amount of judgment sought is the sum of $12,550.00; as set forth in the attached declarations of Jonathan Sapan and Christopher J. Reichman.

This Application is based on this notice, the attached memorandum of points and authorities, the attached declarations of Jonathan Sapan and Christopher J. Reichman, and the pleadings, files and other matters that may be presented at the hearing.

DATED: September 25, 2017                               **PRATO & REICHMAN, APC**

                                                                                               /s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
JONATHAN SAPAN

# AFFIDAVIT OF SERVICE

I, Christopher J. Reichman, Esq., declare that I am a resident of the State of California and I am over the age of eighteen years and not a party to the action. My business address is 8555 Aero Drive, # 303 San Diego CA, 92123. On September 25, 2017, I served the following documents on the interested parties:

- **Application for Default Judgment**
- **Memorandum Of Points And Authorities In Support Of Plaintiff's Application For Default Judgment**
- **Declaration of Jonathan Sapan in Support**
- **Declaration of Christopher J. Reichman in Support**

I did this by placing a true copy of such documents, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed to the following recipients:

| | |
|---|---|
| Laura Bromhead | Shaun CAO |
| Prospect Financial Group Inc | Pintar Investment Company, LLC |
| 948 Garnet Ave, | 27452 Calle Arroyo, San Juan- |
| San Diego, California 92109 | Capistrano, California 92675 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this document is executed in San Diego California.

DATED: September 25, 2017          **PRATO & REICHMAN, APC**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Reichman_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Christopher J. Reichman, Esq.