**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN SAPAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PROSPECT FINANCIAL GROUP, INC., a California Corporation, PINTAR INVESTMENT COMPANY, LLC, a California Limited Liability Corporation,<br><br>　　　　Defendants. | Case No.: 17-cv-0689-WQH-JMA<br><br>**[proposed] JUDGMENT**<br><br><br><br><br><br>Hon. William Q Hayes |

**<u>JUDGMENT</u>**

　　The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff JONATHAN SAPAN against Defendants PROSPECT FINANCIAL GROUP, INC. and PINTAR INVESTMENT COMPANY, LLC jointly and severally.

- 2 -

Defendants PROSPECT FINANCIAL GROUP, INC. and PINTAR INVESTMENT COMPANY, LLC jointly and severally, must pay Plaintiff JONATHAN SAPAN the sum of Four Thousand, Dollars and Zero Cents ($4,000.00), plus post-judgment interest at the rate set by 28 U.S.C. § 1961.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: _____

_____
Honorable William Q. Hayes