# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROSPECT FINANCIAL GROUP, INC., a California Corporation, PINTAR INVESTMENT COMPANY, LLC, a California Limited Liability Corporation,<br><br>　　　　Defendants. | Case No.: 17-cv-0689-WQH-JMA<br><br>**JUDGMENT** |

　　The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff JONATHAN SAPAN against Defendants PROSPECT FINANCIAL GROUP, INC. and PINTAR INVESTMENT COMPANY, LLC jointly and severally.

　　Defendants PROSPECT FINANCIAL GROUP, INC. and PINTAR INVESTMENT COMPANY, LLC, jointly and severally, must pay Plaintiff

JONATHAN SAPAN the sum of Four Thousand Dollars and Zero Cents ($4,000.00), plus post-judgment interest at the rate set by 28 U.S.C. § 1961.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

Dated: December 14, 2017

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court