# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. William Q. Hayes

| FROM: C. Whan, Deputy Clerk | RECEIVED DATE: September 17, 2018 |
|---|---|
| CASE NO. 17-cv-00689-WQH-JMA | DOC FILED BY: Jonathan Sapan |
| CASE TITLE: Sapan v. Prospect Financial Group, Inc. et al ||
| DOCUMENT ENTITLED: Acknowledgment of Assignment of Judgment ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.2 - Missing Proof of Service;

Date Forwarded:   September 18, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: September 20, 2018

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court