James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com

Assignee of Record

**FILED**

Sep 20 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ andrewsa  DEPUTY

NUNC PRO TUNC
09/17/2018

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN<br><br>　　　　Plaintiff<br>v.<br><br>PROSPECT FINANCIAL GROUP, INC. &<br>PINTAR INVESTMENT COMPANY, LLC<br><br>　　　　Defendants | No. 3:17-cv-00689-WQH-JMA<br><br><br><br>ACKNOWLEDGMENT OF ASSIGNMENT<br>OF JUDGMENT |

COMES NOW JONATHAN SAPAN, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the original judgment was entered on December 14, 2017.

2) THAT Plaintiff was awarded the sum of $4,000.00 against defendants PROSPECT FINANCIAL GROUP, INC. & PINTAR INVESTMENT COMPANY, LLC, jointly and severally.

3) THAT there have been no renewals since the entry of said judgment by this Court and that $0.00 of judgment has been received from judgment debtor(s).

4) JONATHAN SAPAN is the judgment creditor of record.

5) THAT I, JONATHAN SAPAN, judgment creditor, hereby transfer and assign all title, rights, and interest, without recourse, in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

6) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this \_\_\_2\_\_\_ day of \_\_\_July\_\_\_, 2018

*[signature]*

JONATHAN SAPAN
Judgment Creditor


Sworn and Subscribed before me this \_\_\_2\_\_\_ day of \_\_\_July\_\_\_, 2018

*[seal]*  *[signature]*

Notary Seal                                                                 Notary Signature

HEIDI L. LEBERMAN
Notary Public - New Hampshire
My Commission Expires June 7, 2022



