# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. William Q. Hayes

| FROM: S. Dunbar, Deputy Clerk | RECEIVED DATE: June 19, 2020 |
|---|---|
| CASE NO. 17-cv-00689-WQH-JMA | DOC FILED BY: James E. Shelton |
| CASE TITLE: Sapan v. Prospect Financial Group, Inc. et al | |
| DOCUMENT ENTITLED: Judgment Creditor's Request and Order to Grant Special Appointment to Serve Process F.R.CP. 4(c), LR 77.2(a) | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded: **June 22, 2020**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: June 23, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court