James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com

Assignee of Record, In Pro Per

FILED
Jun 24 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ adriannag   DEPUTY

NUNC PRO TUNC
6/19/2020

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Sapan | Case No.: 3:17-cv-00689-WQH-JMA |
| Plaintiff, | JUDGMENT CREDITOR'S REQUEST AND ORDER TO GRANT SPECIAL APPOINTMENT TO SERVE PROCESS |
| vs. | |
| Prospect Financial Group, Inc., et. al | F.R.C.P. 4(c), LR 77.2(a) |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Judgment Creditor James E. Shelton (the "Creditor"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rule 77.2(a) of the Local Rules of Practice of the United States District Court for the Southern District of California, requests that ABC Legal Services, Inc. ("ABC"), a registered California process server and attorney service company, whose business address is 2900 Fourth Ave #206, San Diego, CA 92103, be an authorized and specially appointed to serve any writs of execution and any other judgment enforcement documents or items necessary in this action. The U.S. Marshal's Office shall remain the Levying Officer.

*James E. Shelton*
James E. Shelton
Assignee of Record, In Pro Per

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Sapan | Case No.: 3:17-cv-00689-WQH-JMA |
| Plaintiff, | [PROPOSED] ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS |
| vs. | |
| Prospect Financial Group, Inc., et. al | F.R.C.P. 4(c), LR 77.2(a) |
| Defendants. | [No Hearing Required] |

Having considered the request of James E. Shelton (the "Creditor"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rule 77.2(a) of the Local Rules of Practice of the United States District Court for the Southern District of California, to designate ABC Legal Services, Inc. ("ABC"), a registered California process server whose business address is 2900 Fourth Ave #206, San Diego, CA 92103, as an authorized and specially appointed process server in this action; and

Having considered Creditor's request to authorize ABC to serve any Writs of Execution and other judgment enforcement; and

Having considered Creditor's request that the U.S. Marshall's Office remain the Levying Officer.

1 | IT IS HEREBY ORDERED THAT Creditor's requests are granted. ABC Legal is appointed to serve any Writs of Execution and other judgment enforcement items necessary in this action. It is further ordered that the U.S. Marshal's Office shall remain the Levying Officer.

**Dated:** _____

**Clerk, United States District Court**

Return Address:
King of Prussia, PA 19406

U.S. District Court
Clerk's Office
333 West Broadway, Suite 420
San Diego, CA 92101

CLERK US DISTRICT COURT
JUN 19 2020
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED