UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>                                    Plaintiff,<br><br>v.<br><br>PROSPECT FINANCIAL GROUP, INC., a California Corporation; and PINTAR INVESTMENT COMPANY, LLC, a California Limited Liability Corporation,<br><br>                                    Defendants. | Case No.:  17-cv-689-WQH-JMA<br><br>**ORDER** |

HAYES, Judge:

      Having considered the request of Judgment Creditor James E. Shelton that the Court designate ABC Legal Services, Inc. ("ABC") as an authorized and specially appointed process server to serve any writs of execution or other judgment enforcement documents in this action (ECF No. 18),

      IT IS HEREBY ORDERED that ABC, a registered California process server whose business address is 2900 Fourth Ave #206, San Diego, CA 92103, is appointed to serve any writs of execution and other judgment enforcement items necessary in this action.

///

///

1    IT IS FURTHER ORDERED that the U.S. Marshal's Office shall remain the
2  Levying Officer.

3   Dated:  July 2, 2020

4                                              Hon. William Q. Hayes
5                                              United States District Court

17-cv-689-WQH-JMA