**EJ-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>James E. Shelton, In Pro Per<br>316 Covered Bridge Road<br>King of Prussia, PA 19406<br><br>TEL NO.: (484) 312-3300  FAX NO. (optional): (888) 329-0305<br>E-MAIL ADDRESS *(Optional):*<br>[ ] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [X] ASSIGNEE OF RECORD |
|---|

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 333 West Broadway
MAILING ADDRESS: 333 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: James Carter & Judith Keep U.S. Courthouse

*FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY*

PLAINTIFF: JONATHAN SAPAN
DEFENDANT: PROSPECT FINANCIAL GROUP, INC., et. al

CASE NUMBER:
3:17-cv-00689-WQH-JMA

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

*FOR COURT USE ONLY*

FILED
SEP - 8 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406

3. Full name and address of assignee of record, if any:
   James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406

4. Full name and address of judgment debtor being fully or partially released:*
   Prospect Financial Group, Inc., a California corporation, 948 Garnet Ave, San Diego, CA 92109, and
   Pintar Investment Company, LLC, a California limited liability company, 27372 Calle Arroyo, San Juan Capistrano, CA 92675

5. a. Judgment entered on *(date):* 12/14/2017
   b. [ ] Renewal entered on *(date):*

6. [ ] An [ ] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

   | COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
   |---|---|---|

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 9/1/2020

► *James E. Shelton*
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

# NOTARY ACKNOWLEDGEMENT

Commonwealth of Pennsylvania,

__Montgomery__ County

On __September 1, 2020__, before me,

__Thomas Kohler__,

(notary)

personally appeared, __James Shepard__,
(signer)

personally known to me

-- OR --

proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

[signature]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THOMAS JOSEPH KOHLER, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires September 7, 2021

(notary signature)

My Commission Expires: __9/7/2021__

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
Office: (484) 312-3300
Cell: (484) 626-3942
E: jamie@finalverdictsolutions.com

Assignee of Record, In Pro Per

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN<br><br>　　Plaintiff<br><br>　　vs.<br><br>PROSPECT FINANCIAL GROUP, INC. and PINTAR FINANCIAL COMPANY, LLC<br><br>　　Defendants | Case No.: 3:17-cv-00689-WQH-JMA<br><br><br><br>**PROOF OF SERVICE**<br>C.C.P. § 684.020(a) |

　　I am over the age of 18 and I am not a party to this matter. My address is 316 Covered Bridge Road, King of Prussia, PA 19406.

　　On September 1, 2020, I served, in the manner indicated below, the document described as ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT with attached NOTARY ACKNOWLEDGEMENT, on the following parties, as follows:

| Mailed by U.S. Regular Mail:<br>Prospect Financial Group, Inc.,<br>a California corporation.<br>948 Garnet Ave<br>San Diego, CA 92109 | Judgment Debtor |
|---|---|

PROOF OF SERVICE OF ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT WITH ATTACHED NOTARY ACKNOWLEDGEMENT

| Mailed By U.S. Regular Mail:<br>Pintar Investment Company, LLC, a<br>California limited liability company<br>27372 Calle Arroyo,<br>San Juan Capistrano, CA 92675 | Judgment Debtor |
|---|---|

☒ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Southampton, Pennsylvania, with postage thereon fully prepaid.

☐ BY CERTIFIED MAIL, WITH RETURN RECEIPT REQUESTED

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY ELECTRONIC SERVICE.

☐ BY OVERNIGHT COURIER: I caused such envelopes to be delivered by courier, with next day service, to the offices of the addresses. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the address(es) (C.C.P. § 1011(a)(b)), as indicated on the service list.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I am executing this Proof of Service on September 1, 2020, in King of Prussia, Pennsylvania.

*Susan D. Shelton*
SUSAN D. SHELTON

- 2 -

PROOF OF SERVICE OF ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT WITH ATTACHED NOTARY ACKNOWLEDGEMENT

U.S. POSTAGE PAID
FCM LG ENV
KING OF PRUSSIA, PA
19406
SEP 01 20
AMOUNT
$1.20
R2304M114726-03

92101

James E Stetton
816 Covand Ave Apt 104
King of Prussia PA 19406